AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11678234

**RECEIVED** By USMS District of Columbia District Court at 3:11 pm, May 24, 2024

United States of America
v.
Maurice Driver

*Defendant*

Case: 1: 24-cr-254
Assigned To: Judge Amy B. Jackson
Assign. Date: 5/23/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Maurice Driver

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Counts 1 through 5: 18 U.S.C. § 1001(a)(2)
(False Statements)

Date: 05/23/2024

*Issuing officer's signature*

City and state: Washington, D.C.

HON. G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/24/24, and the person was arrested on *(date)* 06/04/24
at *(city and state)* Washington, DC

Date: 06/04/24

*Arresting officer's signature*

EUGENE SIMMI / Senior Special Agent
*Printed name and title*